# VERIFICATION OF GENE TAYLOR

STATE OF NORTH CAROLINA

WILSON COUNTY

**GENE TAYLOR**, being duly sworn, deposes and says:

That the contents of the foregoing Complaint about which he has knowledge are true to his own knowledge, except as to matters stated on information and belief, and as to those matters, he believes them to be true.

*Gene Taylor*

GENE TAYLOR

Subscribed and sworn to before me by

GENE TAYLOR

on the 21__ of April 2020.

NOTARY PUBLIC

My Commission expires:

April 5, 2021

STATE OF NORTH CAROLINA

WILSON COUNTY

**PATRICIA UZZELL**, being duly sworn, deposes and says:

That the contents of the foregoing Complaint about which she has personal knowledge are true to her own knowledge, except as to matters stated on information and belief, and as to those matters, she believes them to be true.

_PATRICIA UZZELL_

Subscribed and sworn to before me by PATRICIA UZZELL

on the _21_ of April 2020.

_Kaye L Ballance_
NOTARY PUBLIC       Kaye L. Ballance

My Commission expires:

_January 13, 2022_

## VERIFICATION OF TERESA WHITEHEAD

STATE OF NORTH CAROLINA

WILSON COUNTY

**TERESA WHITEHEAD**, being duly sworn, deposes and says:

That the contents of the foregoing Complaint about which she has knowledge are true to her own knowledge, except as to matters stated on information and belief, and as to those matters, she believes them to be true.

_Teresa Whitehead_
TERESA WHITEHEAD

Subscribed and sworn to before me by

TERESA WHITEHEAD

on the _21_ of April 2020.

_Angela P Hagans_
NOTARY PUBLIC

My Commission expires:

_July 9, 2021_

ANGELA P. HAGANS
NOTARY PUBLIC
WILSON COUNTY, NC

**YERIFICATION OF MELISSA HAYMAN**

STATE OF NORTH CAROLINA

WILSON COUNTY

**MELISSA HAYMAN**, being duly sworn, deposes and says:

That the contents of the foregoing Complaint about which she has knowledge are true to her own knowledge, except as to matters stated on information and belief, and as to those matters, she believes them to be true.

_____
MELISSA HAYMAN

Subscribed and sworn to before me by

MELISSA HAYMAN

on the 21st of April 2020.

_____
NOTARY PUBLIC

My Commission expires:

March 24, 2022