UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:20-CV-00167-FL

PATRICIA UZZELL, )
TERESA WHITEHEAD, )
GENE TAYLOR, )
MELISSA HAYMAN, on )
behalf of themselves, and )
others similarly situated, )
)
       Plaintiffs, )
)
)
)
v. )
)
MAYOR JEFF JOHNSON, )
COMMISSIONER JUDY )
MASON, COMMISSIONER )
PEGGY LAMM, and )
COMMISSIONER DAVID )
JOHNSON, COMMISSIONER )
MICHAEL BEST, in )
their individual and official )
capacities, the TOWN )
OF LUCAMA, and the )
CROSSROADS VOLUNTEER )
FIRE DEPARTMENT, INC. )
)
       Defendants. )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, **Melissa Hayman** who is Plaintiff in the above-captioned matter makes the disclosure:

1.    Is party a publicly held corporation or other publicly held entity?    NO

2.    Does party have any parent corporations?    NO

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity? NO

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)? NO

   If yes, identify entity and nature of interest:

5. Is party a trade association? NO

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

*MELISSA HAYMAN*

Date: 04.22.2020