| From: | Valerie Bateman |
|---|---|
| To: | Tammey Burroughs; Katie Hartzog |
| Cc: | norwood@cmclawfirm.com |
| Subject: | RPD Responses for Patricia Uzzell, Gene Taylor, and Teresa Whitehead |
| Date: | Wednesday, March 16, 2022 8:51:44 PM |
| Attachments: | image00001.png |
| | image00002.png |
| | image00003.png |
| | Taylor"s Resp to RPD (Town) 2022.03.16.pdf |
| | Uzzell Resp to RPD (Town) 2022;03.16.pdf |
| | Whitehead"s Resp to RPD (Town) 2022.03.16.pdf |

<!--[if lte mso 15 || CheckWebRef]-->

Valerie Bateman has shared OneDrive for Business files with you. To view them, click the links below.

Taylor's Resp to RPD (Town) 2022.03.16.pdf

Uzzell Resp to RPD (Town) 2022;03.16.pdf

Whitehead's Resp to RPD (Town) 2022.03.16.pdf

<!--[endif]-->
Please see the attached pdfs. I have two audio recordings I am going to figure out how to send to you tomorrow.

Valerie L. Bateman
**NEW SOUTH LAW FIRM**
209 Lloyd Street, Ste 350
Carrboro, NC  27510
919.810.3139

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (919-810-3139) or by electronic mail (valerie@newsouthlawfirm.com), and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, please be advised that, unless expressly stated otherwise, any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code, or to promote, market or recommend to another party any transaction or matter addressed herein.

[External Sender]

| | |
|---|---|
| **From:** | Valerie Bateman |
| **To:** | Tammey Burroughs |
| **Cc:** | Katie Hartzog |
| **Subject:** | RE: Interrogatory Responses |
| **Date:** | Wednesday, March 16, 2022 4:20:38 PM |
| **Attachments:** | image001.png |
| | image00001.png |
| | image00002.png |
| | Uzzell Resp to Int (Town) 2022.03.16.pdf |
| | Taylor"s Resp to Int (Town) 2022.03.16.pdf |

<!--[if lte mso 15 || CheckWebRef]-->

Valerie Bateman has shared OneDrive for Business files with you. To view them, click the links below.

Uzzell Resp to Int (Town) 2022.03.16.pdf

Taylor's Resp to Int (Town) 2022.03.16.pdf

<!--[endif]-->
See the attached for Patricia Uzzell and Gene Taylor. I should have the interrogatory responses for Teresa Whitehead and Melissa Hayman later today. I'm still waiting on the verifications, which I hope to have back later this week or next week. I'll send the document request responses in a separate email.

Valerie L. Bateman
**NEW SOUTH LAW FIRM**
209 Lloyd Street, Ste 350
Carrboro, NC 27510
919.810.3139

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (919-810-3139) or by electronic mail (valerie@newsouthlawfirm.com), and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, please be advised that, unless expressly stated otherwise, any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code, or to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Tammey Burroughs <tburroughs@hartzoglawgroup.com>
**Sent:** Wednesday, March 16, 2022 3:04 PM
**To:** Valerie Bateman <valerie@newsouthlawfirm.com>
**Cc:** Katie Hartzog <khartzog@hartzoglawgroup.com>
**Subject:** RE: Discovery Responses

Hi Valerie,

We still are not in receipt of your clients' responses to the Town's interrogatories and requests for production. If we do not receive complete responses by April 1, 2022, we will file a motion to compel. Please submit all outstanding discovery as soon as possible.

Thanks and best regards,

Tammey Burroughs



2626 Glenwood Ave., Ste. 305
Raleigh, NC  27608
Office/Fax: 919-249-7381
tburroughs@hartzoglawgroup.com
www.hartzoglawgroup.com

Confidentiality Notice: If you are not the intended recipient of this message, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication, including any attachments. This communication may contain information that is proprietary, attorney/client privileged, attorney work product, confidential or otherwise legally exempt from disclosure. If you have received this message in error, please notify the sender immediately either by phone at +19194802513 or by return e-mail and destroy all copies of this message (electronic, paper, or otherwise).

**From:** Valerie Bateman <valerie@newsouthlawfirm.com>
**Sent:** Monday, February 28, 2022 11:57 PM
**To:** Katie Hartzog <khartzog@hartzoglawgroup.com>; Tammey Burroughs <tburroughs@hartzoglawgroup.com>
**Subject:** RE: Discovery Responses

I still don't have those verifications back, but hope to send the verified interrogatory responses along with the RPD responses tomorrow.  Again, as always, thanks for your patience.  See attached RFA responses.

Valerie L. Bateman
**NEW SOUTH LAW FIRM**
209 Lloyd Street, Ste 350
Carrboro, NC  27510
919.810.3139

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (919-810-3139) or by electronic mail (valerie@newsouthlawfirm.com), and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, please be advised that, unless expressly stated otherwise, any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding

penalties under the Internal Revenue Code, or to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Valerie Bateman
**Sent:** Monday, February 28, 2022 11:52 AM
**To:** Katie Hartzog <khartzog@hartzoglawgroup.com>; Tammey Burroughs <tburroughs@hartzoglawgroup.com>
**Subject:** Discovery Responses

Katie and Tammey, Just wanted to let you know that I should have these to you today, although the verifications will follow. Thanks for your patience; it is very much appreciated. Valerie

Valerie L. Bateman
**NEW SOUTH LAW FIRM**
209 Lloyd Street, Ste 350
Carrboro, NC 27510
919.810.3139

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (919-810-3139) or by electronic mail (valerie@newsouthlawfirm.com), and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, please be advised that, unless expressly stated otherwise, any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code, or to promote, market or recommend to another party any transaction or matter addressed herein.

[External Sender]

[External Sender]

| From: | Valerie Bateman |
|---|---|
| To: | Tammey Burroughs |
| Cc: | Katie Hartzog |
| Subject: | RE: Discovery Responses - Teresa Whitehead |
| Date: | Wednesday, March 16, 2022 8:44:28 PM |
| Attachments: | image001.png |
| | image00001.png |
| | image00002.png |
| | Whitehead Resp to Int (Town) 2022.03.16.pdf |
| | Whitehead"s Resp to RPD (Town) 2022.03.16.pdf |

<!--[if lte mso 15 || CheckWebRef]-->

Valerie Bateman has shared OneDrive for Business files with you. To view them, click the links below.

[Whitehead Resp to Int (Town) 2022.03.16.pdf](#)

[Whitehead's Resp to RPD (Town) 2022.03.16.pdf](#)

<!--[endif]-->

See attached. Again, I should have the verification for the interrogatories later this week or early next week.

Thank you very much for your patience.

Valerie L. Bateman
**NEW SOUTH LAW FIRM**
209 Lloyd Street, Ste 350
Carrboro, NC 27510
919.810.3139

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (919-810-3139) or by electronic mail (valerie@newsouthlawfirm.com), and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, please be advised that, unless expressly stated otherwise, any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code, or to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Tammey Burroughs <tburroughs@hartzoglawgroup.com>
**Sent:** Wednesday, March 16, 2022 3:04 PM
**To:** Valerie Bateman <valerie@newsouthlawfirm.com>
**Cc:** Katie Hartzog <khartzog@hartzoglawgroup.com>
**Subject:** RE: Discovery Responses

Hi Valerie,

We still are not in receipt of your clients' responses to the Town's interrogatories and requests for production. If we do not receive complete responses by April 1, 2022, we will file a motion to compel. Please submit all outstanding discovery as soon as possible.

Thanks and best regards,

Tammey Burroughs



2626 Glenwood Ave., Ste. 305
Raleigh, NC  27608
Office/Fax: 919-249-7381
tburroughs@hartzoglawgroup.com
www.hartzoglawgroup.com

Confidentiality Notice: If you are not the intended recipient of this message, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication, including any attachments. This communication may contain information that is proprietary, attorney/client privileged, attorney work product, confidential or otherwise legally exempt from disclosure. If you have received this message in error, please notify the sender immediately either by phone at +19194802513 or by return e-mail and destroy all copies of this message (electronic, paper, or otherwise).

**From:** Valerie Bateman <valerie@newsouthlawfirm.com>
**Sent:** Monday, February 28, 2022 11:57 PM
**To:** Katie Hartzog <khartzog@hartzoglawgroup.com>; Tammey Burroughs <tburroughs@hartzoglawgroup.com>
**Subject:** RE: Discovery Responses

I still don't have those verifications back, but hope to send the verified interrogatory responses along with the RPD responses tomorrow.  Again, as always, thanks for your patience.  See attached RFA responses.

Valerie L. Bateman
**NEW SOUTH LAW FIRM**
209 Lloyd Street, Ste 350
Carrboro, NC  27510
919.810.3139

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (919-810-3139) or by electronic mail (valerie@newsouthlawfirm.com), and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, please be advised that, unless expressly stated otherwise, any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding

penalties under the Internal Revenue Code, or to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Valerie Bateman
**Sent:** Monday, February 28, 2022 11:52 AM
**To:** Katie Hartzog <khartzog@hartzoglawgroup.com>; Tammey Burroughs <tburroughs@hartzoglawgroup.com>
**Subject:** Discovery Responses

Katie and Tammey, Just wanted to let you know that I should have these to you today, although the verifications will follow. Thanks for your patience; it is very much appreciated. Valerie

Valerie L. Bateman
**NEW SOUTH LAW FIRM**
209 Lloyd Street, Ste 350
Carrboro, NC 27510
919.810.3139

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (919-810-3139) or by electronic mail (valerie@newsouthlawfirm.com), and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, please be advised that, unless expressly stated otherwise, any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code, or to promote, market or recommend to another party any transaction or matter addressed herein.

[External Sender]

[External Sender]