1  EXAMINATION BY MS. HARTZOG CONTINUES:

2     Q.  Ma'am, do you know what relevance this billing
3  history statement for someone named Amina White would have to
4  this case?

5     A.  You would have to talk to utility -- whoever turned
6  it in.

7     Q.  All right.  Do you know what relevance a utility
8  billing statement for someone named Christy Blue would have
9  to this case?

10    A.  I don't -- I don't know.

11    Q.  Okay.  Do you -- are you aware of why any utility
12 billing statement for any citizen of the town of Lucama would
13 have to the claims made in this case?

14    A.  I -- I don't know.

15    Q.  Ms. Whitehead, do you know what relevance any
16 receipts for expenditures made to work performed on the
17 municipal building located at 111 South Main Street in Lucama
18 would have to this case?

19    A.  I don't know.

20    Q.  Okay.  Do you know what relevance any records
21 related to the purchase of vehicles by the town would have to
22 this case?

23    A.  The only thing that I can tell you is they
24 purchased a vehicle for Chuck Grady.  That's it.

25    Q.  Okay.  Do you know what relevance purchases made by

1  town funds for equipment used by the fire department would
2  have to this case?
3      A.  Once a year the town -- they get money -- the fire
4  department receives money from the town.
5      Q.  Okay.
6      A.  About $40,000.
7      Q.  What relevance does that have to the claims made in
8  this lawsuit?
9      A.  I don't know.
10     Q.  Okay.
11             MS. HARTZOG:  I don't have any other
12 questions for this witness at this time.
13             Thank you, Ms. Whitehead.
14             THE WITNESS:  Thank you.
15 EXAMINATION BY MR. BLANCHARD:
16     Q.  Ms. Whitehead, can you hear me?
17     A.  Yes.
18     Q.  My name is Norwood Blanchard.  I represent
19 Commissioner Johnson, David Johnson.  And I've just got a few
20 follow-up questions for you.
21         You applied for -- and I think Ms. Hartzog went
22 through your background, your work background, and may have
23 briefly touched on your application for the town
24 administrator.  But you applied -- when did you apply for the
25 town administrator position?